906

No. 86–1639.   VINSON *v.* FORD MOTOR CO.   C. A. 6th Cir. Certiorari denied.

No. 86–1640.   PACE RESOURCES, INC. *v.* SHREWSBURY TOWNSHIP ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 86–1644.   YAMHILL YAMAHA, INC. *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON (YAMAHA MOTOR CORP. ET AL., REAL PARTIES IN INTEREST).   C. A. 9th Cir. Certiorari denied.

No. 86–1648.   WEST ET AL. *v.* MULTIBANCO COMERMEX, S. A., ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 86–1651.   SHEDRICK *v.* DONNELLY ET AL.   C. A. 5th Cir. Certiorari denied.

No. 86–1653.   BOURKE *v.* SCHUMAN.   App. Dept., Super. Ct. Cal., Alameda County.   Certiorari denied.

No. 86–1668.   HANEY *v.* LOUISIANA TRAINING INSTITUTE. C. A. 5th Cir.   Certiorari denied.

No. 86–1671.   COKER *v.* GIELOW, CHAIRMAN, RAILROAD RETIREMENT BOARD, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 86–1691.   RAYBURN *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 86–1716.   MOORE *v.* STATE BANK OF BURDEN ET AL. Sup. Ct. Kan.   Certiorari denied.

No. 86–1737.   FLAUGH *v.* MICHIGAN.   Ct. App. Mich.   Certiorari denied.

No. 86–6289.   MINOTTI *v.* LENSINK, COMMISSIONER, CONNECTICUT STATE DEPARTMENT OF MENTAL RETARDATION.   C. A. 2d Cir.   Certiorari denied.

No. 86–6425.   WATSON *v.* HENSIEK.   Ct. App. Mo., Eastern Dist.   Certiorari denied.

No. 86–6453.   WILLIAMS *v.* UNITED STATES.   C. A. 1st Cir. Certiorari denied.